# IN THE SUPREME COURT OF THE STATE OF NEVADA

VALENTINO MAJSTORICH,
                          Appellant,

vs.

FRANK LEWIS,
                          Respondent.

No. 75061

**FILED**

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Richard Scotti, District Judge
      Valentino Majstorich
      Frank Lewis
      Eighth District Court Clerk